UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

DANIEL GREENE,

                Plaintiff,

  v.

MICHAEL J. ASTRUE, Commissioner of Social Security,

                Defendant.

Case No. 11-5551 BHS-KLS

ORDER ADOPTING REPORT AND RECOMMENDATION

This matter comes before the court on the Report and Recommendation of Magistrate Judge Karen L. Strombom [ECF #19] recommending that this case be remanded, based on the stipulation of the parties [ECF #18]. It is therefore ORDERED

(1)  The Court ADOPTS the Report and Recommendation;

(2)  The Court REVERSES and REMANDS for further administrative proceedings; and

(3)  The Clerk shall direct copies of this Order to all Counsel and Judge Strombom.

DATED this 13th day of December, 2011.

                                                  _____
                                                  BENJAMIN H. SETTLE
                                                  United States District Judge

ORDER ADOPTING REPORT AND RECOMMENDATION - 1