UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT TACOMA

| | |
|---|---|
| DANIEL GREENE | CIVIL NO. C11-05551-BHS-KLS |
| Plaintiff, | AGREED ORDER RE EAJA FEES AND EXPENSES |
| vs. | |
| MICHAEL J. ASTRUE, Commissioner of Social Security, Defendant. | |

Based upon the Stipulation of the parties, the Equal Access to Justice Act (EAJA), 28 U.S.C. § 2412, and Plaintiff's EAJA petition, it is hereby ORDERED that EAJA attorney's fees of $3,530.92 and expenses in the amount of $17.37 shall be awarded to Plaintiff pursuant to *Astrue v. Ratliff*, 130 U.S. 2521 (2010). If it is determined that Plaintiff's EAJA fees are not subject to any offset allowed under the Department of the Treasury's Offset Program, then the check for EAJA fees shall be made payable to Jeanette Laffoon, based upon Plaintiff's assignment of these amounts to Plaintiff's attorney. Any check for EAJA fees shall be mailed to Plaintiff's counsel, Jeanette Laffoon, at 410-A South Capitol Way, Olympia, WA 98501.

DATED: January 9, 2012.

BENJAMIN H. SETTLE
United States District Judge

AGREED ORDER RE EAJA FEES     - Page 1
[C11-5551-BHS-KLS]

MADDOX & LAFFOON, P.S.
410-A South Capitol Way
Olympia, WA. 98501
(360) 786-8276

RECOMMENDED FOR ENTRY:


_____
KAREN L. STROMBOM
United States Magistrate Judge


Presented by:


/s/ Jeanette Laffoon
JEANETTE LAFFOON, WSBA #30872
Attorney for Plaintiff


Approved for entry,
Notice of presentation waived:


/s/ Franco Becia
FRANCO BECIA, WSBA #26823
Special Assistant U.S. Attorney
Attorney for Defendant
*(signed per email authorization)*

AGREED ORDER RE EAJA FEES - Page 2
[C11-5551-BHS-KLS]

MADDOX & LAFFOON, P.S.
410-A South Capitol Way
Olympia, WA. 98501
(360) 786-8276